1
2
3
4                      UNITED STATES DISTRICT COURT
5                     NORTHERN DISTRICT OF CALIFORNIA
6
7    MARIA GRANADOS FLORES, et al.,         Case No.  14-cv-03011-JD
                 Plaintiffs,
8
9          v.                               **ORDER**
                                            Re: Dkt. Nos. 53, 54
10   ALAMEDA COUNTY INDUSTRIES INC.,
                 Defendant.
11

12          The Court acknowledges and approves defendant Alameda County Industries, Inc.'s and

13   class counsel's proposal to increase the amount of the settlement fund available to the class

14   members.  Dkt. No. 54 at 1 (increasing total settlement amount to $1,140,211 and decreasing class

15   counsel's request for fees to $139,789 to cover the previously unquantified $80,421.25 in

16   employer payroll taxes to be paid out of the settlement fund).  The parties should submit the full,

17   final settlement agreement to the Court within five days of this order.  The parties should also

18   submit a short joint statement explaining all effects of the amendment, including laying out the

19   precise calculation by which payouts to each class member will be determined, and a revised

20   calculation of the average class member payout.

21          **IT IS SO ORDERED.**

22   Dated: October 21, 2015

23

24   _____

25   JAMES DONATO
     United States District Judge
26

27

28