# EXHIBIT 1

1  Aaron Kaufmann (Cal. Bar No. 148580)
   Philip Monrad (Cal. Bar No. 151073)
2  Xochitl Lopez (Cal. Bar No. 284909)
   LEONARD CARDER, LLP
3  1330 Broadway, Suite 1450
4  Oakland, CA 94612
   Telephone: (510) 272-0169
5  Facsimile: (510) 272-0174
   akaufmann@leonardcarder.com
6  pmonrad@leonardcarder.com
7  xlopez@leonardcarder.com
   Attorneys for PLAINTIFFS and the PUTATIVE CLASS
8
   Felicia R. Reid (Cal. Bar No. 155481)
9  Kristin L. Oliveira (Cal. Bar No. 204384)
   Amy A. Durgan (Cal. Bar No. 245325)
10 HIRSCHFELD KRAEMER LLP
   505 Montgomery Street, 13th Floor
11 San Francisco, CA 94111
   Telephone: (415) 835-9000
12 Facsimile: (415) 834-0443
   freid@hkemploymentlaw.com
13 koliveira@hkemploymentlaw.com
   adurgan@hkemploymentlaw.com
14 Attorneys for DEFENDANT
   ALAMEDA COUNTY INDUSTRIES, INC.

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  MARIA GRANADOS FLORES,<br>19  IGNACIA GARCIA, GRISELDA MORA,<br>    PABLO RODRIGUEZ, DIVINA<br>20  SAGUILAN, on behalf of themselves and<br>    all other similarly situated,<br>21         Plaintiffs,<br>22  vs.<br>23  ALAMEDA COUNTY INDUSTRIES,<br>24  INC., and DOES 1-10, inclusive,<br>25         ACIs. | Case No.  3:14-cv-03011-JD<br><br>**AMENDMENT TO STIPULATION AND CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Complaint Filed: July 1, 2014<br>First Amended Complaint Filed: Aug. 12, 2014 |

26
27
28

- 1 -

This amendment changes two provisions of the STIPULATION AND CLASS ACTION SETTLEMENT AGREEMENT ("Agreement"), previously entered into by and between Plaintiffs Maria Granados Flores, Ignacia Garcia, Griselda Mora, Pablo Rodriguez, and Divina Saguilan, ("Plaintiffs"), on the one hand, and Defendant Alameda County Industries, Inc. ("ACI") and Select Staffing ("Select"), on the other, filed with the Court on January 7, 2015 as Exhibit 1 to the Declaration of Aaron Kaufmann in Support of Plaintiffs' Amended Motion for Preliminary Approval of Class and Collective Action Settlement (Dkt No. 39-1). The following amendments are made to the Agreement, and no others:

**Section VII.A:** The Total Settlement Amount ("TSA") which ACI shall pay to resolve the lawsuit shall be increased by $40,211.00 to One Million One Hundred Forty Thousand Two Hundred Eleven Dollars ($1,140,211.00).

**Section VII.C:** Class Counsel shall reduce its application for an award of attorneys' fees, costs, and litigation costs by $40,211.00, to One Hundred Thirty-Nine Thousand Seven Hundred Eighty Nine Dollars ($139,789.00).

It is the Parties' intent in making these revisions to increase the Net Settlement Fund available for distribution to the class by $80,421.25, the estimated amount of employer-side payroll taxes described in paragraph 12 of the Declaration of Stephen Gomez Regarding Notice and Settlement Administration (Dkt. No. 51, filed 9/16/15).

IT IS SO AGREED:

Dated: 10/26/15

LEONARD CARDER LLP

By: _____
Aaron Kaufmann
Plaintiffs'/Class Counsel

Dated: 10/26/15

ALAMEDA COUNTY INDUSTRIES, INC.

By: _____
Louie Pellegrini, President
Defendant

-2-

Dated: 10/26/15

HIRSCHFELD KRAEMER LLP

By _____
Felicia R. Reid
Attorneys for Defendant Alameda
County Industries, Inc.

- 3 -